# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0807. MAYS v. KNIGHT.**

We granted Michael Mays's application for discretionary review to consider the trial court's denial of his motion for summary judgment on claims brought against him by Marvin Knight. However, given the procedural posture of this case and the limited record that was developed below, we are unable to resolve the legal issues presented in this appeal at this time.[1] As such, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/31/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See *Ferguson v. Spraggins*, 371 Ga. App. 727, 727 (902 SE2d 708) (2024).